**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 04-8011**

_____

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

STEPHEN EDWIN BOTELHO-PEREZ,

                              Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Robert G. Doumar, Senior
District Judge.  (CR-02-124)

_____

Submitted:  April 14, 2005          Decided:  April 20, 2005

_____

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Stephen Edwin Botelho-Perez, Appellant Pro Se.   John Evan
DePadilla, Assistant United States Attorney, Norfolk, Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Stephen Edwin Botelho-Perez, a federal inmate, appeals the district court's order denying his motion to correct his sentence. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Botehlo-Perez, No. CR-02-124 (E.D. Va. Dec. 1, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED